AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

KENNETH W.D. WILCOX,

     Petitioner,      JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER:  **3:09-CV-00621-RCJ-VPC**

JACK PALMER, et al,

     Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

IT IS ORDERED that the petition for a writ of habeas corpus, as amended, shall be DENIED on the merits and this action shall be DISMISSED with prejudice.  FURTHER ORDERED that a certificate of appealability is DENIED, as jurists of reason would not find debatable or wrong this Court's holding that the Nevada Supreme Court's rejection of the claim was neither contrary to nor an unreasonable application of clearly established federal law.  Judgment is entered in favor of respondents and against petitioner, dismissing this action with prejudice.

 October 27, 2010       **LANCE S. WILSON**
                                                 Clerk

                                               /s/  M. Campbell
                                              Deputy Clerk